# VIGNERON V. DU PONT FINAL PRETRIAL CONFERENCE
## 2:13-CV-2344
~~Thursday, October 27, 2016 8:30 a.m.~~ 11/7/16 1:30

**Plaintiffs:**

5. Mike Papantonio
4. Mike London
3. Tim O'Brien
2. Rob Bilott
1. Chris Paulos

~~Row 2:~~

ARCHIE LAMB

Luis Sanchez

DAVID BUTLER

Law Clerk: Penny Barrick

Courtreporter: Denise Errett

**Defendants:**

5. John Gall
4. D. Patrick Long
3. Marques Richeson
2. Stephanie Niehaus
1. Craig Woods

Row 2:

Areca Lasley

Aaron Brogdon

**CHIEF JUDGE SARGUS**