UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION,

Civil Action 2:13-md-2433
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

This document relates to:

*Kenneth Vigneron, Sr. v. E. I. du Pont de Nemours and Company*, Case No. 2:13-CV-136

## ORDER

This matter is before the Court on Plaintiff's Motion to Strike DuPont's Supplemental Filing (ECF No. 4804), and DuPont's Memorandum in Opposition to Plaintiff's Motion (ECF No. 4806). The Court **DENIES** Plaintiff's Motion.

IT IS SO ORDERED.

____11-8-2016____
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE