# CIVIL MINUTES

2:13-cv-2433 (2:13-cv-136)
Kenneth Vigneron, Sr. vs. E.I. DuPont de Nemous & Co.

**JURY TRIAL**
**December 19, 2016   9:00 a.m.**
**before Chief Judge Edmund A. Sargus, Jr.**

Court Reporter:   Laura Samuels
Law Clerk: Penny Barrick                    Courtroom Deputy: Lisa Wright/Spencer Harris

Counsel for Plaintiff:           Robert Butler, Gary Douglas, Robert Bilott, Rebecca Newman,
                                 Archie Lamb, David Butler and Wesley Bowden

Counsel for Defendant:        Patrick Long, John Gall, Aneca Lasley, Stephanie Niehouse. C.
Craig Woods and Coulter Paulson              Representative for Du Pont:   Laura Korte


8:35 a.m. –     Conference with counsel re:   Jury issue

9:00 a.m.-      Conference with counsel re:   Jury

11:00 a.m.-     Jury began deliberations

12:20 p.m.-     Jury question.   Court reconvened (counsel only).   Question answered by
                agreement of all parties.

                Several questions by the jury through out the afternoon.   Each time Court
                reconvened and questions answered by agreement of all parties.
                (see SEALED attachment to the minutes for questions)

4:00 p.m        Jury questions.   Court reconvenened.   Questions answered by agreement of all
                parties and jury dismissed for the afternoon.

4:30 p.m.       Court recessed until December 21, 2016 at 9:00 a.m.