# CIVIL MINUTES

2:13-cv-2433 (2:13-cv-136)
Kenneth Vigneron, Sr. vs. E.I. DuPont de Nemous & Co.

## JURY TRIAL
### December 21, 2016   9:00 a.m.
### before Chief Judge Edmund A. Sargus, Jr.

Court Reporter:   Denise Errett/Laura Samuels
Law Clerk: Penny Barrick			Courtroom Deputy: Lisa Wright/Spencer Harris

Counsel for Plaintiff:	Robert Butler, Gary Douglas, Robert Bilott, Rebecca Newman, Archie Lamb, David Butler and Wesley Bowden

Counsel for Defendant:	Patrick Long, John Gall, Aneca Lasley, Stephanie Niehouse. C. Craig Woods and Coulter Paulson		Representative for Du Pont:   Laura Korte


9:00 a.m. –	Jury deliberations continue.

12:42 p.m.-	Jury informs Court they have reached a verdict

1:30 p.m.	The Honorable Algenon L. Marbley accepted the Verdict on behalf of Chief Judge Sargus

## VERDICT

| | |
|---|---|
| As to Verdict for Negligence: | The jury found unanimously in favor of the Plaintiff |
| Damages awarded: | $2,000,000.00 |
| As to Verdict Interrogatory: | The jury found unanimously that the Defendant acted with actual malice |
| Jury polled. | Unanimous |

2:00 p.m.-   Court recessed until January 4, 2016 at 9:00 a.m.