### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**KENNETH VIGNERON,**

        **Plaintiff,**

                              **Case No. 2:13-cv-136**

      **v.**                        **CHIEF JUDGE EDMUND A. SARGUS, JR.**

**E.I. DU PONT DE NEMOURS**
**AND COMPANY,**

        **Defendant.**

### JURY VERDICT FORM FOR NEGLIGENCE CLAIM

1. Do you find in favor of Mr. Vigneron on his negligence claim?

                        Yes: _✓_
                        No: _____

(All must agree)

s/ _____      s/ _____
s/ _____      s/ _____
s/ _____
s/ _____

If your answer to Question 1 is "Yes," then answer the next question.
If your answer to Question 1 is "No," do not answer the following question.

2. If you found in favor of Mr. Vigneron, what damages, if any, do you find Mr. Vigneron is entitled to on his negligence claim?

$ _2,000,000.00_

(All must agree)

s/ _____      s/ _____
s/ _____      s/ _____
s/ _____
s/ _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

KENNETH VIGNERON,

        **Plaintiff,**

         **v.**

E.I. DU PONT DE NEMOURS
AND COMPANY,

        **Defendant.**

        **Case No. 2:13-cv-136**
        **CHIEF JUDGE EDMUND A. SARGUS, JR.**

## JURY VERDICT INTERROGATORY

Answer this interrogatory only if you found in favor of Mr. Vigneron on his negligence claim and awarded him compensatory damages.

Do you find that Mr. Vigneron has proven by clear and convincing evidence that DuPont acted with actual malice and that Mr. Vigneron has presented proof of actual damages that resulted from those acts or failures to act of DuPont? ("Actual malice" means a conscious disregard for the rights and safety of other persons that has a great probability of causing substantial harm.)

Yes: ✓_____
No: _____

(All must agree)

s/ _____    s/ _____
s/ _____    s/ _____
s/ _____
s/ _____