UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION,

Civil Action 2:13-md-2433
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

This document relates to:

*Kenneth Vigneron, Sr. v. E. I. du Pont de Nemours and Company*, Case No. 2:13-CV-136

## MOTIONS *IN LIMINE* ORDER NO. 12

### May 6, 2016, Hearing on Motions *in Limine*

This matter came before the Court on October 27, 2016 and November 7, 2016, for an in person hearing on the parties' twenty-six (26) motions *in limine*. (Oct. 27, 2016 Hearing Tr., ECF No. 4796; Nov. 7, 2016 Hearing Tr., ECF Nos. 4832.) Upon consideration of the parties' briefs, their arguments presented at those hearings, and the their additional briefing filed at ECF Nos. 4802, 4803, the Court **GRANTS, DENIES, GRANTS IN PART AND DENIES IN PART, AND FINDS MOOT** the motions found at ECF Nos. 4704–4725, 4727–4730, in accordance with the conclusions made by the Court on the record at the hearings.

IT IS SO ORDERED.

12-27-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE