UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION,

          Civil Action 2:13-md-2433
          CHIEF JUDGE EDMUND A. SARGUS, JR.
          Magistrate Judge Elizabeth Preston Deavers

This document relates to:

*Kenneth Vigneron, Sr. v. E. I. du Pont de Nemours and Company*, Case No. 2:13-CV-136

## DISPOSITIVE MOTIONS ORDER NO. 22

### Defendant's Motion for Summary Judgment on Punitive Damages

This matter is before the Court on Defendant's Motion for Summary Judgment on Punitive Damages (ECF No. 4655), Plaintiff's Memorandum in Opposition to Defendant's Motion (ECF No. 4681), and Defendant's Reply in Support of its Motion (ECF No. 4693). For the reasons the Court set forth in Dispositive Motions Order No. ("DMO") 7 (ECF No. 4185) and DMO 16 (ECF N0. 4520), the Court **DENIES** Defendant's Motion.

IT IS SO ORDERED.

12-27-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE