UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION,

Civil Action 2:13-md-2433
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

This document relates to:

*Kenneth Vigneron, Sr. v. E. I. du Pont de Nemours and Company*, Case No. 2:13-CV-136

## DISPOSITIVE MOTIONS ORDER NO. 24

### Defendant's Motion to Bifurcate or Alternatively to Issue Limiting Instruction and Allow Introduction of All Evidence of Malice

This matter is before the Court on Defendant's Motion to Bifurcate or Alternatively to Issue Limiting Instruction and Allow Introduction of All Evidence of Malice (ECF No. 4702), Plaintiff's Memorandum in Opposition to Defendant's Motion (ECF No. 4799), and Defendant's Reply in Support of its Motion (ECF No. 4834). For the reasons the Court set forth in Dispositive Motions Order No. ("DMO") 8 (ECF No. 4197), DMO 12 (ECF No. 4306), and DMO 17 (ECF No. 4549), the Court **DENIES** the portion of Defendant's Motion related to bifurcation. For the reasons articulated during Mr. Vigneron's trial, the Court **GRANTS IN PART AND DENIES IN PART** Defendant's Motion as it relates to the introduction of new evidence and a limiting instruction.

IT IS SO ORDERED.

12-27-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE