# CIVIL MINUTES

2:13-cv-2433 (2:13-cv-136)
Kenneth Vigneron, Sr. vs. E.I. DuPont de Nemous & Co.

## JURY TRIAL
### January 4, 2017   9:00 a.m.
### before Chief Judge Edmund A. Sargus, Jr.

Court Reporter:   Darla Coulter/Denise Errett
Law Clerk: Penny Barrick			Courtroom Deputy: Lisa Wright

Counsel for Plaintiff:	Robert Butler, Gary Douglas, Robert Bilott, Rebecca Newman, Archie Lamb, David Butler and Wesley Bowden

Counsel for Defendant:	Patrick Long, John Gall, Aneca Lasley, Stephanie Niehouse. C. Craig Woods and Coulter Paulson		Representative for Du Pont:   Laura Korte

9:00 a.m. –	Opening remarks by Gary Douglas for Plaintiff regarding punitive damages.

9:45 a.m.-	Opening remarks by Craig Woods for Defendant regarding punitive damages.

10:20 a.m.-	Plaintiff called Robert Johnson.   Direct by Wesley Bowden

	Cross of Robert Johnson by John Gall

	Defendant exhibits 15-16, 297 and 3313

12:00 p.m-1:00 p.m.		Recess

1:00 p.m.-	Plaintiff rests

1:10 p.m.-	Defendant called Laura Korte.   Direct by Craig Woods

	Cross by Gary Douglas

	Defendant exhibits 1724 and 2983

Admission read by Pat Long and Gary Douglas.

Defendant's exhibits 1724 and 2983 admitted.

2:30 p.m.-	Closing remarks by Gary Douglas for Plaintiff

2:45 p.m.-	Closing remarks by John Gall

3:00p.m.- Rebuttal by Gary Douglas

3:15 p.m.- Jury charged

3:30 p.m.- Court recessed until return of the jury.

4:45 p.m.- Jury question addressed.

5:00 p.m.- Jury released and court recessed until 9:00 a.m. January 5, 2017.